LAWRENCE G. BROWN
UNITED STATES ATTORNEY

MICHAEL E. O'BRIEN
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
AFFTC/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4380 / Fax: (661) 277-1625

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:10-cr-3 JLT |
|---|---|
| Plaintiff, | **MOTION AND ORDER FOR DISMISSAL** |
| v. | **VIOLATION: 18 USC § 641 – Theft of Public Property** |
| MOISES SANCHEZ, | **MAGISTRATE JUDGE** |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss the Violation Notice against **MOISES SANCHEZ**, without prejudice, in the interest of justice.

Respectfully Submitted

Lawrence G. Brown
United States Attorney

DATED: June 10, 2010

By _____
MICHAEL E. O'BRIEN
Special Assistant United States Attorney

1

ORDER

IT IS HEREBY ORDERED that the case against **MOISES SANCHEZ**, VIOLATION: 18 USC § 641 – Theft of Public Property, be dismissed, without prejudice, in the interest of justice.

DATED this 10th day of June, 2010

*Jennifer L. Thurst*

JENNIFER L. THURSTON
US MAGISTRATE JUDGE

2